**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID L. WILLIAMS, | ) **Case No.: 10-CV-02477** |
| Plaintiff, | ) |
| v. | ) |
| CONSUMER PORTFOLIO SERVICES, INC., | ) **(Unlawful Debt Collection Practices)** |
| Defendant. | ) |

NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


 /s/ Amy L. Bennecoff
Amy L. Bennecoff, Esquire
Kimmel & Silverman, PC
1930 East Marlton Pike, Suite Q29
Cherry Hill, NJ 08003

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 25th day of August 2010, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by regular mail to:

Michael Lavin
Consumer Portfolio Sevices, Inc.
19500 Jamboree Rd.
Irvine, CA 92612

    /s/  Amy L. Bennecoff
Amy L. Bennecoff, Esquire
Kimmel & Silverman, PC
1930 East Marlton Pike, Suite Q29
Cherry Hill, NJ 08003