# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**CLOSED**

DAVID L. WILLIAMS

CIV. 10-02477 (DRD)

v.

CONSUMER PORTFOLIO SERVICES, INC.

ORDER

The Court having been advised by counsel for the plaintiff that he wishes to voluntarily dismiss the complaint.

**It is on this** 7th **day of SEPTEMBER, 2010**

**O R D E R E D** that the complaint in this action be and is hereby dismissed, with prejudice.

Hon. Dickinson R. Debebvoise
US District Court Judge